```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                       MACON DIVISION
```

BONITA VASON,                          *

    Plaintiff                      *
                                      Case Number 5:10-CV-133 (MTT)
vs.                                    *

UNITED STATES OF AMERICA,              *

    Defendant                      *

## J U D G M E N T

Pursuant to this Court's Order dated August 26, 2010, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing from Defendant.

This 26th day of August, 2010.

                                              Gregory J. Leonard, Clerk

                                              S/ Denise C. Partee
                                              Deputy Clerk